1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESAU DOZIER,

   Petitioner,

vs.

NEVADA, STATE OF, *et al.*,

   Respondents.

Case No. 3:15-cv-00043-RCJ-WGC

**ORDER**

  This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*.  Petitioner has paid the filing fee (*see* ECF #4).

  Petitioner has also filed a motion for appointment of counsel (ECF #6).  There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  Here,  it appears that the claims may be somewhat complex, and the petition raises on its face questions regarding timeliness and exhaustion

of state remedies.  Moreover, petitioner is serving four consecutive sentences of 72 months to 180 months.  Therefore, counsel shall be appointed to represent petitioner.

**IT IS THEREFORE ORDERED** that the clerk **DETACH** and **FILE** the petition (ECF #1-1.)

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF #6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF #1-1).  The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

**IT IS FURTHER ORDERED** that petitioner's motion for evidentiary hearing (ECF #5) is **DENIED** without prejudice as premature.

Dated this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE