UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESAU DOZIER,<br><br>                             Petitioner,<br>     v.<br><br>NEVADA, STATE OF, et al.,<br><br>                             Respondents. | Case No. 3:15-cv-00043-RCJ-WGC<br><br>ORDER |

This counseled § 2254 habeas petition is before the court on petitioner Esau Dozier's motion to partially waive Local Rule IA 10-3(e) (ECF No. 22). Dozier asks the court to waive, for purposes of this action, the provision in Local Rule IA 10-3(e) that requires the cover page of each filed exhibit to include a description of the exhibit. *See* LR IA 10-3(e). Dozier points out that Local Rule IA 1-4 provides that the court may waive any provision of the local rules, *sua sponte* or on a motion, if the interests of justice so require. *See* LR IA 1-4. Dozier's attorney states that adding descriptors to the cover pages of exhibits, which in this case now total over 136 before any response by respondents, is unduly burdensome for the FPD. *Id.* Dozier's attorney states that Dozier will still provide indexes of exhibits and exhibit cover sheets referencing each exhibit by letter. *Id.*

1

2

In light of the number of exhibits in this habeas corpus action, the court finds that there is good cause for the requested waiver, and will grant the waiver for all parties.

**IT IS THEREFORE ORDERED** that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 22) is **GRANTED**.

DATED: 18 July 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE